**No. 10-9915. Curtis Van Stuyvesant, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.**

563 U.S. 1030, 131 S. Ct. 2969, 180 L. Ed. 2d 243, 2011 U.S. LEXIS 4232.

June 6, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.